# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

HAYWARD PATTERSON,
ADC #145893                                                                                          PLAINTIFF

V.                                    1:13CV00085 JLH/JTR

RYON HENNESSEY,
Sergeant, Grimes Unit, ADC                                                                  DEFENDANT

## ORDER

On September 24, 2013, the Court issued an Order directing the Arkansas Department of Correction to collect an initial partial filing fee from Plaintiff. *Doc. 3*. That Order inadvertently stated two different amounts to be collected. The correct amount is $5.50.

IT IS THEREFORE ORDERED THAT the September 24, 2013 Order (Doc. 3) is MODIFIED to reflect that the correct initial partial filing fee is $5.50.

Dated this 15th day of January, 2014.

_____
UNITED STATES MAGISTRATE JUDGE